IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESSE H. GARCIA, TISHA GARCIA, individually
and as parents and next friends of BARBARA GARCIA, a minor,

    Plaintiffs,

vs.                    NO. 1:16-cv-00172 LH/KBM

GEICO GENERAL INSURANCE COMPANY, a foreign corporation
Doing business in the State of New Mexico,

    Defendant.

## ORDER OF REMAND

THIS MATTER having come before the Court on the parties' stipulation for remand to the State court because the Plaintiffs have stipulated to not to seek a combined judgment in excess of $75,000.00 in new money exclusive of interest and costs and thereby defeating this Court's subject-matter jurisdiction based upon diversity, the Court hereby orders:

This matter having come before the Court on Plaintiffs' Motion to Remand and the Court having considered the motion and Stipulation of Damages in support thereof hereby grants Plaintiffs' Motion to Remand.

**WHEREFORE, IT IS HEREBY ORDERED** that Plaintiffs' Motion to Remand is hereby granted and this case is remanded back to the New Mexico State District Court, First Judicial District.

IT IS SO ORDERED.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**

Submitted By:

WHITENER LAW FIRM, P.A.

*/s/Matthew J. O'Neill*
Matthew J. O'Neill, Esq.,
*Attorneys for Plaintiff*
4110 Cutler Avenue N.E.
Albuquerque, NM 87110
(505) 242-3333
Fax (505) 242-3322
mateo@whitenerlaw.com
Attorney for Plaintiffs


Approved by:

CHAPMAN & CHARLEBOIS, PC

Approved by email 3.23.16
Mark D. Trujillo
P.O. Box 92438
Albuquerque, NM 87199
Phone: 505-242-6000
Fax: 505-213-0561
mark@cclawnm.com
Attorneys for Defendant GEICO